SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Trankiem (SBN 228666)
jtrankiem@seyfarth.com
Alex W. Simon (SBN 310842)
asimon@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendants
THE CHEFS' WAREHOUSE, INC.
and DAIRYLAND PRODUCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AXEL MEJIA, individually, and on behalf of himself and others similarly situated,

Plaintiff,

v.

THE CHEFS' WAREHOUSE, INC., DAIRYLAND PRODUCE, LLC, and DOES 1 to 50, inclusive,

Defendants.

Case No. 3:26-cv-11241-TSH

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**

Plaintiff Axel Mejia ("Plaintiff") and Defendants The Chefs' Warehouse, Inc. ("Defendants") (the "Parties") by and through their counsel, hereby submit stipulate and agree as follows:

**WHEREAS,** this action was removed from California Superior Court on October 1, 2026 before the Superior Court accepted Defendants' answer for filing;

**WHEREAS,** the Parties have been cooperating in good faith to discuss arbitration and other important issues bearing on the case;

**WHEREAS,** Defendants do not waive their right to move to compel arbitration of individual claims and dismiss class claims;

**WHEREAS,** in the interests of efficiency and judicial economy, the Parties seek an extension of

time for Defendants to file their responsive pleadings in this case on or before October 29, 2026, as set forth below;

**NOW THEREFORE,** the parties hereby stipulate and agree that:

1. Defendants will plead in response to Plaintiff's Amended Complaint on or before October 29, 2026.

Dated: October 8, 2026

Respectfully submitted,

/s/ *Jose Renato Garay*

Jose Renato Garay, Esq.
Jose Garay APLC
249 East Ocean Boulevard, Suite 814
Long Beach, California 90802
(949) 590-3400
jose@garaylaw.com
*Attorney for Plaintiff Axel Mejia*

/s/ *Alexander W. Simon*

Alexander W. Simon
Seyfarth Shaw LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
(404) 885-7988
asimon@seyfarth.com

*Attorney for Defendants Dairyland Produce, LLC and The Chefs Warehouse, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that each of the signatories listed above, and on whose behalf this filing is submitted, concurred in the content of this document and authorized its filing.

DATED: October 8, 2026

/s/ *Aleander W. Simon*
Alexander W. Simon
*Attorney for Defendants*

**[ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants shall respond to Plaintiff's Amended Complaint on or before October 29, 2026.

Dated: October 13, 2026



THOMAS S. HIXSON
United States Magistrate Judge